UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

| | |
|---|---|
| EASTPOINTE HUMAN SERVICES,<br>Plaintiff,<br><br>v.<br><br>NORTH CAROLINA DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES,<br>NASH COUNTY, TRILLIUM HEALTH<br>RESOURCES, MANDY K. COHEN, in her<br>official capacity as Secretary of the North<br>Carolina Department of Health and Human<br>Services, and RICHARD O. BRAJER, in<br>his individual and former official capacity<br>as Secretary of the North Carolina<br>Department of Health and Human Services,<br>Defendants. | **JUDGMENT IN A CVIIL CASE**<br>**CASE NO. 5:17-CV-275-FL** |

Decision by Court.

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court GRANTS defendants' motions to dismiss. (DE 26, 30, and 31). Where the court lacks subject matter jurisdiction over the action, the court DENIES AS MOOT plaintiff's motion for temporary restraining order (DE 6). This matter is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

**This Judgment Filed and Entered on June 29, 2017 and Copies to:**

R. Jonathan Charleston (via CM/ECF Notice of Electronic Filing)
Wade E. Byrd (via CM/ECF Notice of Electronic Filing)
Quintin D. Byrd (via CM/ECF Notice of Electronic Filing)
Jose A. Coker (via CM/ECF Notice of Electronic Filing)
Michael T. Wood (via CM/ECF Notice of Electronic Filing)
Maurice Greg Crumpler (via CM/ECF Notice of Electronic Filing)
W. Dudley Whitley, III (via CM/ECF Notice of Electronic Filing)
Nicholas C. Brown (via CM/ECF Notice of Electronic Filing)
Richard Paul Leissner, Jr. (via CM/ECF Notice of Electronic Filing)

DATE

June 29, 2017

PETER A. MOORE, JR., CLERK

(By) Susan K. Edwards, Deputy Clerk